DECEMBER 28, 2000

No. 00–808.  ALL UNDERWRITERS SUBSCRIBING TO POLICY NUMBER 03789600 INCLUDING UNDERWRITERS AT LLOYDS, LONDON *v.* WEISBERG ET AL.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.1.

DECEMBER 29, 2000

No. 99–1787.  REYNOLDS METALS CO. *v.* ELLIS.  C. A. 9th Cir. [Certiorari granted, *ante,* p. 1009.]  Writ of certiorari dismissed under this Court's Rule 46.1.

JANUARY 2, 2001

No. 00–951.  BANK OF BOSTON ET AL. *v.* ESDEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 46.1.

JANUARY 5, 2001

No. 00M57.  IN RE ABRAMSON.  Motion to direct the Clerk to file motion for leave to file petition for writs of mandamus, prohibition, and declaratory judgment denied.

No. 00–942.  TOUCHSTON ET AL. *v.* MCDERMOTT ET AL.  C. A. 11th Cir.  Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted.  Motion of respondent Florida for leave to file brief in opposition on 8½- by